# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARMELITA TELLES,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. CV 17-0496-JPR

**JUDGMENT**

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for payment of benefits or further proceedings is DENIED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action with prejudice is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: Dec. 28, 2018

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE